**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:   scott@bursor.com
           ltfisher@bursor.com
           apersinger@bursor.com
           ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK BROWN, on Behalf of Himself and all Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> COLLECTIONS BUREAU OF AMERICA, LTD., <br><br> Defendant. | Case No. 16-cv-00720-RS <br><br> ORDER <br> **STIPULATION REGARDING CLASS CERTIFICATION BRIEFING** <br><br> Hon. Richard Seeborg |

STIPULATION REGARDING CLASS CERTIFICATION BRIEFING
CASE NO. 16-CV-00720-RS

1    Pursuant to Civil Local Rule 7-12, Plaintiff Malik Brown ("Plaintiff") and Defendant

2    Collection Bureau of America, Ltd. ("Defendant") (collectively, the "Parties"), by and through

3    their respective counsel, stipulate as follows:

4        WHEREAS, Plaintiff filed his Complaint on February 11, 2016;

5        WHEREAS, on May 26, 2016, the Court held a case management conference at which

6    counsel for the Parties appeared telephonically;

7        WHEREAS, at the May 26, 2016 case management conference, the Court ordered the

8    Parties to submit a stipulation regarding class certification briefing;

9        WHEREAS, the Parties are in agreement as to a briefing schedule for Plaintiff's anticipated

10   motion for class certification;

11       NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby

12   stipulate as follows:

13   • Plaintiff shall file his motion for class certification by or on January 27, 2017;

14   • Defendant shall file its opposition to Plaintiff's class certification motion by or on March

15     24, 2017;

16   • Plaintiff shall file his reply in support of the motion for class certification by or on May 5,

17     2017;

18   • The hearing on Plaintiff's motion for class certification will be held on May 25, 2017, or a

19     later date convenient for the Court.

20       NOW THEREFORE, the Parties, by and through their respective counsel of record, further

21   stipulate that the Parties need not formally designate experts for the purpose of class certification.

22   If either Party utilizes evidence from an expert in support of their filings, they agree to make that

23   expert available for deposition within a reasonable time as to allow the other Party the opportunity

24   to depose said expert.

25

26

27

28
STIPULATION REGARDING CLASS CERTIFICATION BRIEFING                                    1
CASE NO. 16-CV-00720-RS

1

2    Dated:  June 3, 2016                    /s/ Yeremey Krivoshey
                                             Yeremey Krivoshey

3                                            Counsel for Plaintiff

4

5

6    Dated:  June 3, 2016                    /s/ Kyle T. Overs
                                             Kyle T. Overs

7                                            Counsel for Defendant

8

9

10   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11
     Dated:  6/6/16
12

13                                           Hon. Richard Seeborg
                                             UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     STIPULATION REGARDING CLASS CERTIFICATION BRIEFING                    2
     CASE NO. 16-CV-00720-RS