**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  scott@bursor.com
         ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK BROWN, on Behalf of Himself and all Others Similarly Situated,<br><br>                    Plaintiff,<br>     v.<br><br>COLLECTIONS BUREAU OF AMERICA, LTD.,<br><br>                    Defendant. | Case No. 16-cv-00720-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)**<br><br>Hon. Richard Seeborg |

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 16-CV-00720-RS

1  IT IS HEREBY STIPULATED among Plaintiff Malik Brown and Defendant Collection Bureau of America, Ltd., that pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff's claims are hereby dismissed with prejudice and the class action claims asserted in the lawsuit are dismissed without prejudice.  Each party shall bear his/its own costs, expenses, and attorney's fees related to this action.

Dated:  November 30, 2016    */s/ Yeremey Krivoshey*
Yeremey Krivoshey

Counsel for Plaintiff


Dated:  November 30, 2016    */s/ Kyle T. Overs*
Kyle T. Overs

Counsel for Defendant